lees; Edward LeVine, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Hiram Walker Distributing Company, Appellee, v. Joseph Giacone and Winifred Giacone, Trading as Lincoln Wine & Liquors, Appellants. Appeal of Winifred Giacone, Appellant.

Gen. No. 44,877.

Irving G. Zazove and Edward L. Kerpec, for appellant; Irving G. Zazove, of counsel; no appearance, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Louise Arbuckle, Appellee, v. Lillian Sitek and John Sitek, Appellants.

Gen. No. 44,957.